IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YASSER ALSHARQI, D.O., <br><br> *Plaintiff,* <br><br> v. <br><br> MAIN LINE HEALTH, INC.; MAIN LINE HOSPITALS, INC., d/b/a MAIN LINE HEALTHCARE; and CHRISTINE BLACK LANGENEAU, D.O., <br><br> *Defendants.* | **Case No. 2:24-cv-03299-JDW** |

**ORDER**

**AND NOW**, this 1st day of October, 2025, upon consideration of Defendants' Memorandum Of Law In Support Of Their Motion For Summary Judgment (ECF No. 18), for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**. The Clerk of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.